UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DENNIS JAY REFF,

                                        Plaintiff,

              -against-                                        8:13-CV-1326 (LEK/ATB)

COMMISSIONER OF SOCIAL SECURITY,

                                        Defendant.

─────────────────────────────────────

## ORDER

This matter comes before the Court following a Report-Recommendation filed on February

17, 2015, by the Honorable Andrew T. Baxter, U.S. Magistrate Judge, pursuant to 28 U.S.C.

§ 636(b) and Local Rule 72.3.  Dkt. No. 15 ("Report-Recommendation").

Within fourteen days after a party has been served with a copy of a magistrate judge's report-

recommendation, the party "may serve and file specific, written objections to the proposed findings

and recommendations."  FED. R. CIV. P. 72(b); L.R. 72.1(c).  If no objections are made, or if an

objection is general, conclusory, perfunctory, or a mere reiteration of an argument made to the

magistrate judge, a district court need review that aspect of a report-recommendation only for clear

error.  Chylinski v. Bank of Am., N.A., 434 F. App'x 47, 48 (2d Cir. 2011); Barnes v. Prack, No.

11-CV-0857, 2013 WL 1121353, at *1 (N.D.N.Y. Mar. 18, 2013); Farid v. Bouey, 554 F. Supp. 2d

301, 306-07 & n.2 (N.D.N.Y. 2008); see also Machicote v. Ercole, No. 06 Civ. 13320, 2011 WL

3809920, at *2 (S.D.N.Y. Aug. 25, 2011) ("[E]ven a *pro se* party's objections to a Report and

Recommendation must be specific and clearly aimed at particular findings in the magistrate's

proposal, such that no party be allowed a second bite at the apple by simply relitigating a prior

argument.").

No objections were filed in the allotted time period.  See Docket.  Accordingly, the Court

has reviewed the Report-Recommendation for clear error and has found none.

Accordingly, it is hereby:

**ORDERED**, that the Report-Recommendation (Dkt. No. 15) is **APPROVED and**

**ADOPTED in its entirety**; and it is further

**ORDERED**, that the Commissioner's decision is **REVERSED** and this action is

**REMANDED** for further proceedings consistent with the Report-Recommendation (Dkt. No. 15),

pursuant to Sentence Four of 42 U.S.C. § 405(g); and it is further;

**ORDERED**, that the Clerk of the Court serve a copy of this Order on the parties in

accordance with the Local Rules.

**IT IS SO ORDERED**.

DATED:      March 13, 2015
            Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge